# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00165-CV

### S. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 20-FL-444, THE HONORABLE THOMAS NATHANIEL STUCKEY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on April 4, 2022. By request to this Court dated April 7, 2022, Staci D. Slayden requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See id.* R. 28.4(b)(2). Accordingly, Staci D. Slayden is hereby ordered to file the reporter's record in this case on or before April 18, 2022. If the record is not filed by that date, Slayden may be required to show cause why she should not be held in contempt of court.

It is ordered on April 8, 2022.

Before Justices Goodwin, Baker, and Triana